THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WARREN, Appellant. [823 NYS2d 116]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about October 6, 2004, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Sullivan, Williams, Gonzalez and Catterson, JJ.